IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM EVERETT MITCHELL,<br><br>Defendant. | CR 24-58-BLG-SPW<br><br>ORDER |

A hearing regarding Defendant's Motion to Stay Change of Plea Hearing and to Request a Hearing to Consider Status of Current Counsel's Representation (Doc. 50) was held before this Court on December 11, 2024, at 9:30 a.m. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that Evangelo Arvanetes shall continue as counsel of record for Defendant, William Everett Mitchell.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 11th day of December, 2024.

SUSAN P. WATTERS
United States District Judge